No. 73–776. SCHLESINGER, SECRETARY OF DEFENSE, ET AL. *v.* BALLARD. Appeal from D. C. S. D. Cal. Probable jurisdiction noted. 

No. 73–848. FUSARI, COMMISSIONER OF LABOR *v.* STEINBERG ET AL. Appeal from D. C. Conn. Motion of appellee Miranda for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. 

No. 73–898. GOSS ET AL. *v.* LOPEZ ET AL. Appeal from D. C. S. D. Ohio. Probable jurisdiction noted. 

No. 73–938. COX BROADCASTING CORP. ET AL. *v.* COHN. Appeal from Sup. Ct. Ga. Further consideration of question of jurisdiction postponed to hearing of case on the merits. 

No. 73–6033. ROE ET AL. *v.* NORTON, COMMISSIONER OF WELFARE. Appeal from D. C. Conn. Motion of appellants for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. 

No. 73–822. FRY ET AL. *v.* UNITED STATES. Temp. Emerg. Ct. App. Certiorari granted. 

No. 73–1004. SOUTHEASTERN PROMOTIONS, LTD. *v.* CONRAD ET AL. C. A. 6th Cir. Certiorari granted. 

No. 73–5845. JACKSON *v.* METROPOLITAN EDISON Co. C. A. 3d Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.